UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABDIELL SUERO and MAGGIE WILKINS,<br><br>                                   Plaintiffs,<br><br>              - against -<br><br>NFL, NEW YORK FOOTBALL GIANTS, INC., NEW YORK JETS LLC, and NEW MEADOWLANDS STADIUM COMPANY, LLC,<br><br>                                 Defendants. | Civil Action No. 1:22-CV-31-AKH-BCM |

## **NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, defendants the National Football League ("NFL"), New York Football Giants, Inc. ("Giants"), New York Jets LLC ("Jets"), and New Meadowlands Stadium Company, LLC (the "Stadium," and, collectively with the NFL, Giants, and Jets, the "Defendants"), by and through their attorneys, Haynes and Boone LLP, will move before the Honorable Alvin K. Hellerstein, at the United States District Court for the Southern District of New York, 40 Foley Square, Courtroom 14D, New York, New York 10007, on a date to be determined by the Court, for an order:

    1.      Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint in its entirety, with prejudice, for failing to state a claim upon which relief may be granted; and

    2.      Granting Defendants such other and further relief as the Court may deem just and proper.

Dated: April 25, 2022

                      HAYNES AND BOONE, LLP

                      By: _____
                      Jonathan D. Pressment
                      Alexandra Larkin
                      Rebecca Schwarz
                      30 Rockefeller Plaza, 26th Floor
                      New York, New York 10112
                      (212) 918-8961
                      jonathan.pressment@haynesboone.com
                      alexandra.larkin@haynesboone.com

                      *Attorneys for Defendants NFL, New York Football Giants, Inc., New York Jets LLC., and New Meadowlands Stadium Company, LLC*