UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDIELL SUERO and MAGGIE WILKINS,
individually and on behalf of all others similarly
situated,

                                        Plaintiffs,

                - versus -

NFL, NEW YORK FOOTBALL GIANTS,
INC., NEW YORK JETS, LLC, and NEW
MEADOWLANDS STADIUM COMPANY,
LLC,

                                        Defendants.

**Case No.:  1:22-cv-31-AJN**


**INDEX IN SUPPORT OF BRIEF IN
OPPOSITION TO MOTION TO
DISMISS AMENDED COMPLAINT**

INDEX

Exhibit "A" – Declaration of Plaintiffs' attorney Evan Spencer

Exhibit "B" – Screenshots of MetLife Stadium website before lawsuit was filed

Exhibit "C" – Screenshots of MetLife Stadium website after lawsuit was filed

Exhibit "D" – Photographs of the Meadowlands dump site

Exhibit "E" – MetLife Stadium logo

Exhibit "F" – Aerial photograph of East Rutherford, New Jersey

Exhibit "G" – Aerial photograph of Madison Square Garden in New York City


Dated: New York, New York
       May 8, 2022

Respectfully submitted,

*s/Evan Spencer*
Evan Spencer
Evan Spencer Law, PLLC
NY Bar# 2786812
305 Broadway, 7th Floor
New York, NY   10007
Tel. 917.547.4665
Evan@EvanSpencerLaw.com
EvanSpencerLaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 8th day of May 2022, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties' counsel of record.

*s/Evan Spencer*
Evan Spencer