# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABDIELL SUERO and MAGGIE WILKINS, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br>  - versus -<br><br>NFL, NEW YORK FOOTBALL GIANTS, INC., NEW YORK JETS, LLC, and NEW MEADOWLANDS STADIUM COMPANY, LLC,<br><br>                      Defendants. | Case No.: 1:22-cv-31-AJN<br><br>**DECLARATION OF PLAINTIFFS' ATTORNEY EVAN SPENCER IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

The undersigned, being first duly sworn upon oath, states and affirms:

- My name is Evan Spencer, and I am counsel for Plaintiffs in this case.

- I have personal knowledge of all matters stated in this declaration.

- I have filed this case after performing due diligence, including but not limited to consultation with attorneys, expert witnesses, and members of the general public.

- Attached as Exhibit "B" are excerpts from the www.metlifestadium.com website that I printed prior to filing the original Complaint.

- Attached as Exhibit "C" are excerpts from the www.metlifestadium.com website that I printed after filing the Amended Complaint.

- Attached Exhibit "D" is a photograph of the Meadowlands dump site.

- Attached as Exhibit "E' is the MetLife Stadium logo.

- Attached as Exhibit "F" is an aerial photograph of East Rutherford, New Jersey.

- Attached as Exhibit "G" is an aerial photograph of Madison Square Garden in New York City.

Signed under pains and penalties of perjury this 8th day of May 2022.

*s/Evan Spencer*
Evan Spencer

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 8th day of May 2022, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties' counsel of record.

*s/Evan Spencer*
Evan Spencer
