# EXHIBIT "B"

   16°

 MENU



    

CORNERSTONE PARTNERS

**TICKET OFFICE CLOSED EXCEPT FOR NFL GAME DAYS:** | MORE INFO



MetLife Stadium, home to the New York Jets and New York Football Giants, is the number one stadium in the world. This 82,500 seat stadium, one of the largest in the National Football League, sets the standard for venue excellence with state-of-the-art technology, comfort and amenities. The only active venue to serve as the home stadium for two NFL teams, MetLife Stadium hosts 20 NFL games per season, more than any other Stadium.

MetLife Stadium hosts the World's Biggest Events, on the World's Biggest Stage. Major events hosted at the stadium include Super Bowl XLVIII, WrestleMania, CONCACAF Gold Cup Quarterfinals, U2, Bruce Springsteen and the E Street Band, Bon Jovi, Kenny Chesney, Taylor Swift, and the Copa America Centenario (3 matches, including the Final).

Chat with Us

MetLife Stadium tops the industry charts annually since opening April 10, 2010. The stadium is ranked the #1 Highest Grossing Stadium in the world for non-NFL events in 2010, 2012, 2013, 2014, 2015 & 2016 by *Billboard Magazine*; #1 in the U.S. in 2011. In 2011 MetLife Stadium was ranked No. 1 for safety by *Security* magazine's "Security 500" in the Arenas/Stadiums/Leagues/Entertainment division.

The 2.1 million square foot facility was constructed with a neutral backdrop, allowing the Stadium to transform into a home field for the home team, be it college or professional. Everything in the building was designed with this transformation in mind. From the first removable endzones, to the flagpole banners and signs, all team-specific elements are switched out on a game by game basis to reflect the respective home team. Each week during the NFL season, the Stadium's exterior uplighting and flagship team merchandise store are also transformed from Jets Green to Giants Blue and back again, bathing the building in hues of the upcoming home team.

## Fast Facts

**Cost:** $1.6 billion

**Venue Size:** 2.1 million square feet

**Capacity:** 82,500 capability for football and soccer; 50,000 for most concerts

**Suites:** 200+ on four separate levels; 16-24 seats per suite

**Suite Designer:** David Rockwell Group

**Club Seating Capacity:** Over 10,000 seats

**Clubs:** EY Coaches Club, United Rentals Club, Toyota Club, Commissioners Club and the MetLife 50 Club

**Parking:** Approximately 28,000 spaces

**Mass Transportation:** NJ Transit rail station located in front of stadium; accessible from New York Penn Station and Newark Penn Station- approximately 20 minutes door to door

**Architects:** 360 Architects, Ewing Cole, David Rockwell and Bruce Mau Designs

**Food Service/Merchandise Partner:** Delaware North Companies (Sportservice)

## TECHNOLOGY

Technology takes center stage at MetLife Stadium. With over 2,200 HDTVs and four 30'x 118' high-definition LED video boards in each corner of the seating bowl, fans are presented a great view of the game from any angle in the building. Through a building-wide Wi-Fi system, the Stadium is able to provide unique fan experiences as well as sponsor and team based loyalty activations.

## PARTNERS

The Stadium provides an unparalleled level of value for building partners. Through a "less is more" approach to sponsor signage, sponsors are provided with a unique concept for partnership. Only five partners have permanent signage in the seating bowl, four Cornerstone Partners (Bud Light, EMC / SAP, Pepsi and Verizon) and one naming sponsor (MetLife). Each Cornerstone Partner has elements of sponsorship at each and every level of the fan experience, from the entry gate and plaza to the upper bowl.

Chat with Us

# CONCESSIONS & RETAIL

The Stadium's food and beverage and merchandise partner, Delaware North's Sportservice, has created a diverse menu of local and regional fan favorites, called "Home Food Advantage". From "Nonna Fusco's Meatballs" and Taylor Ham sandwiches, kosher food stands to carving stations and seafood displays in our premium clubs, Sportservice has created a menu which caters to the diverse palates of the New York/New Jersey marketplace. Retail: 9,600-square-foot flagship store; four inline stores; four walk-in stores; 12 portables, four suite locations; three trailers and a walk-in portable; totaling more than 60 points of sale.

# PUBLIC TRANSPORTATION

Fans can enjoy efficient regional public transportation to the Stadium via NJ Transit's rail line, which is connected to Amtrak's Northern Corridor. Guests originating from New York's Penn Station are dropped off at the front door of the Stadium in just under 20 minutes. The addition of the rail line, which opened in 2009, coupled with newly configured parking lots, provides easier access routes and improved traffic patterns to and from the Stadium.

# PAGES

ABOUT US
SEATING & MAPS
CONCESSIONS, FOOD & MORE
PARTNERS
HOST YOUR EVENT
CONTACT US
MEDIA
STADIUM TOURS
SUSTAINABILITY
TECHNOLOGY
NEWSLETTER
EMPLOYMENT

Chat with Us

**DIRECTIONS**   GET DRIVING DIRECTIONS



**PUBLIC TRANSPORTATION**   RAIL   BUS

**PARKING**   DOWNLOAD PARKING MAP









EVENTS

STADIUM

MEDIA

PARTNERS

GUEST SERVICES

Chat with Us

FOLLOW US