# EXHIBIT "C"

   

MENU ≡



       

CORNERSTONE   PARTNERS

# ABOUT US



MetLife Stadium, located in East Rutherford, NJ, is the home of the New York Jets and New York Football Giants. It is one of the largest stadiums in the NFL with a capacity of 82,500. MetLife Stadium hosts the world's biggest events on the world's biggest stage. Since opening in 2010, MetLife Stadium has hosted over 500 major events and 2,500 special events. Event highlights include the first outdoor, cold-weather Super Bowl XLVIII, WrestleMania 29 and 35, the Copa America Centenario Final, the 2021 Army-Navy Game, and many concerts, college football games, and international soccer matches. MetLife Stadium is a finalist to host games for the 2026 FIFA World Cup.

**Chat with Us**

MetLife Stadium has been named "Highest Grossing Stadium of the Year" 9 times by *Billboard* and "2017 Venue of the Year" by *StadiumBusiness*.

In 2021, MetLife Stadium became the first NFL Stadium to join the UN Framework Convention on Climate Change's Sports for Climate Action Framework, which aims to achieve global greenhouse gas (GHG) emissions reductions goals.

MetLife Stadium was the first NFL stadium to receive SAFETY Act certification by the US Department of Homeland Security in 2013 and has ranked No. 1 for Safety by *Security* magazine's "Security 500" in the Spectator Sports Facility division for 9 straight years.

## MetLife Stadium Fast Facts

**Cost:** $1.6 billion

**Venue Size:** 2.1 million square feet

**Capacity:** 82,500 capability for football and soccer; 50,000 for most concerts

**Suites:** 200+ on four separate levels; 16-24 seats per suite

**Suite Designer:** David Rockwell Group

**Club Seating Capacity:** Over 10,000 seats

**Clubs:** EY Coaches Club, Corona Beach Club, West Mezzanine Club, Commissioners Club and the MetLife 50 Club

**Architects:** 360 Architects, Ewing Cole, David Rockwell and Bruce Mau Designs

**Food Service & Merchandise Partner:** Delaware North

## PAGES

STADIUM SAFE
ABOUT US
SEATING & MAPS
CONCESSIONS, FOOD & MORE
PARTNERS
HOST YOUR EVENT
CONTACT US
MEDIA
STADIUM TOURS
SUSTAINABILITY
TECHNOLOGY
NEWSLETTER
EMPLOYMENT

Chat with Us

## DIRECTIONS   GET DRIVING DIRECTIONS



## PUBLIC TRANSPORTATION   RAIL   BUS

## PARKING   DOWNLOAD PARKING MAP





## EVENTS

## STADIUM

Chat with Us

## MEDIA