UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Plaintiff, Suero, et al.

-v-

Defendant. NFL, et al.

---------------------------------------------------------------x

AMENDED
ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

22 Civ. 31   (AKH) (BCM)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: Dkt Nos. 22, 32

All such motions: _____

The Clerk is respectfully directed to close the referral order at Dkt. No. 22. SO ORDERED.

*Do not check if already referred for general pretrial.

Dated May 17, 2022

SO ORDERED:

/s/ Alvin K. Hellerstein

Alvin K. Hellerstein
United States District Judge