UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABDIELL SUERO and MAGGIE WILKINS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>- against -<br><br>NFL, NEW YORK FOOTBALL GIANTS, INC., NEW YORK JETS LLC, and NEW MEADOWLANDS STADIUM COMPANY, LLC,<br><br>        Defendants. | Civil Action No. 1:22-CV-31-AKH-BCM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Abdiell Suero and Maggie Wilkins, individually and on behalf of all others similarly situated, and Defendants National Football League, New York Football Giants, Inc., New York Jets LLC, and New Meadowlands Stadium Company, LLC, by and through their respective undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of this action with prejudice as to all claims, causes of action and parties, with each party to bear its own costs and attorneys' fees.

Dated: December 28, 2022
     New York, New York

                              Respectfully submitted,

| EVAN SPENCER LAW, PLLC | HAYNES AND BOONE LLP |
|---|---|
| By: s/Evan Spencer<br> Evan Spencer<br> 305 Broadway, 7th Floor<br> New York, New York 10007<br> (917) 547-4665<br> evan@evanspencerlaw.com<br> *Attorneys for Plaintiffs Abdiell Suero and Maggie Wilkins, individually and on behalf of all others similarly situated* | By: s/Jonathan D. Pressment<br> Jonathan D. Pressment<br> 30 Rockefeller Center, 26th Floor<br> New York, New York 10012<br> (212) 918-8961<br> Jonathan.Pressment@haynesboone.com<br> *Attorneys for Defendants National Football League, New York Football Giants, Inc., New York Jets, LLC and New Meadowlands Stadium Company, LLC* |