UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABDIELL SUERO and MAGGIE WILKINS, individually and on behalf of all others similarly situated,

    Plaintiffs,

- against -

NFL, NEW YORK FOOTBALL GIANTS, INC., NEW YORK JETS LLC, and NEW MEADOWLANDS STADIUM COMPANY, LLC,

    Defendants.

---

Civil Action No. 1:22-CV-31-AKH-BCM

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Abdiell Suero and Maggie Wilkins, individually and on behalf of all others similarly situated, and Defendants National Football League, New York Football Giants, Inc., New York Jets LLC, and New Meadowlands Stadium Company, LLC, by and through their respective undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of this action with prejudice as to all claims, causes of action and parties, with each party to bear its own costs and attorneys' fees.

Dated:    December 29, 2022
           New York, New York

Respectfully submitted,

EVAN SPENCER LAW, PLLC

By: _/s/ Evan Spencer_
Evan Spencer
305 Broadway, 7th Floor
New York, New York 10007
(917) 547-4665
evan@evanspencerlaw.com
*Attorneys for Plaintiffs Abdiell Suero and Maggie Wilkins, individually and on behalf of all others similarly situated*

HAYNES AND BOONE LLP

By: _/s/ Jonathan D. Pressment_
Jonathan D. Pressment
30 Rockefeller Center, 26th Floor
New York, New York 10012
(212) 918-8961
Jonathan.Pressment@haynesboone.com
*Attorneys for Defendants National Football League, New York Football Giants, Inc., New York Jets, LLC and New Meadowlands Stadium Company, LLC*

So Ordered, 1-3-23, _/s/ Alvin K. Hellerstein_
US Dist Judge